# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDON GREEN,

    Plaintiff,

v.

NEVADA DEPARTMENT OF PAROLE AND PROBATION, *et al.*,

    Defendants.

Case No. 3:17-cv-00082-MMD-WGC

**ORDER**

## I. DISCUSSION

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an individual who has been released from the custody of the Nevada Department of Corrections. Plaintiff submitted an application to proceed *in forma pauperis* for prisoners. (ECF No. 1). The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the full filing fee of $400. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

## II. CONCLUSION

For the foregoing reasons, **IT IS ORDERED** that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL SEND** Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

*///*

1      **IT IS FURTHER ORDERED** that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $400.

     **IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, dismissal of this action may result.

     **IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: January 5, 2018.

_____
United States Magistrate Judge